No. 80–5220. DiSILVESTRO *v.* UNITED STATES, *ante*, p. 903. Petition for rehearing denied.

No. 5, Orig. UNITED STATES *v.* CALIFORNIA, 447 U. S. 1. Petition for rehearing denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 79–1396. INTERNATIONAL BUSINESS MACHINES CORP. *v.* GREYHOUND COMPUTER CORP., 446 U. S. 929; and

No. 79–1397. INTERNATIONAL BUSINESS MACHINES CORP. *v.* GREYHOUND COMPUTER CORP., 446 U. S. 916. Motion for leave to file petition for rehearing denied. JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 79–1722. PITSENBERGER *v.* PITSENBERGER, *ante*, p. 807. Motion of appellant for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 79–2044. NATIONAL COALITION FOR PUBLIC EDUCATION AND RELIGIOUS LIBERTY ET AL. *v.* HUFSTEDLER, SECRETARY OF EDUCATION, ET AL., *ante*, p. 808. Petition for rehearing denied. JUSTICE BLACKMUN dissents. JUSTICE STEWART took no part in the consideration or decision of this petition.

### DECEMBER 5, 1980

No. 80–559. VANDERWATER *v.* LOPEZ. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

### DECEMBER 8, 1980

No. 80–176. DANA CORP. ET AL. *v.* CALIFORNIA ET AL.; and

No. 80–177. CONTIGNITRON CO. *v.* CALIFORNIA ET AL. Appeals from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question. Reported below: 103 Cal. App. 3d 424, 162 Cal. Rptr. 875.